Order issued September 10, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00307-CV

JOHN C. FLOOD OF D.C., INC., JOHN C. FLOOD INC., AND
MELVILLE DAVIS, Appellant

V.

SUPERMEDIA L.L.C., Appellee

## ORDER

We **GRANT** appellee's August 31, 2012 second motion for extension of time to file brief

and **ORDER** appellee's brief, tendered to the clerk August 31, 2012 filed as of the date of this Order.

ELIZABETH LANG-MIERS
JUSTICE